Hart v Hart (2024 NY Slip Op 00619)

Hart v Hart

2024 NY Slip Op 00619

Decided on February 7, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 7, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
JOSEPH J. MALTESE
PAUL WOOTEN
DEBORAH A. DOWLING, JJ.

2021-08446
 (Index No. 601918/16)

[*1]Dean Hart, appellant, 
v
Penny Hart, respondent.

Lewis Johs Avallone Aviles, LLP, Islandia, NY (Jennifer Hurley McGay of counsel), for appellant.
Schwartz, Conroy & Hack, P.C., Garden City, NY (Matthew J. Conroy of counsel), for respondent.

DECISION & ORDER
In an action, inter alia, to recover damages for conversion, the plaintiff appeals from an order of the Supreme Court, Nassau County (Diccia T. Pineda-Kirwan, J.), entered October 25, 2021. The order denied the plaintiff's motion for leave to reargue certain branches of his prior motion, inter alia, for summary judgment on the fifth and sixth causes of action, which had been determined in an order of the same court (Arthur M. Diamond, J.) entered December 14, 2020.
ORDERED that the appeal is dismissed, without costs or disbursements.
In 2016, the plaintiff commenced this action, inter alia, to recover damages for conversion. In 2020, the plaintiff moved, among other things, for summary judgment on the fifth cause of action, to recover damages for conversion of a closed circuit television system, and the sixth cause of action, to recover damages for conversion of certain boxes allegedly containing, inter alia, South African coins. In an order entered December 14, 2020, the Supreme Court granted that branch of the plaintiff's motion which was for summary judgment on the fifth cause of action and awarded the plaintiff the sum of $13,109.86, plus interest from the date of the complaint, and denied that branch of the plaintiff's motion which was for additional damages with respect to that cause of action. The court also denied that branch of the motion which was for summary judgment on the sixth cause of action and, upon searching the record, awarded summary judgment to the defendant dismissing that cause of action. The plaintiff did not appeal from that order.
The plaintiff moved for leave to reargue certain branches of his motion for summary judgment. In an order entered October 25, 2021, the Supreme Court denied the motion. The plaintiff appeals.
The appeal must be dismissed, as no appeal lies from an order denying reargument (see Weir v Northwell Health, Inc., 217 AD3d 806; Vaccaro v Francolopez, 205 AD3d 759, 760).
CONNOLLY, J.P., MALTESE, WOOTEN and DOWLING, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court